FILED:  August 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-4406
(1:16-cr-00143-LO-1)

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

MOHAMAD JAMAL KHWEIS,

Defendant – Appellant.

O R D E R

The court amends its opinion filed August 4, 2023, as follows:

On the cover page, Raj Parekh, First Assistant United States Attorney, is added to the "On Brief" attorney information section.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk